IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ELINORE EVANS-HOKE,**

        **Plaintiff,**

v.                                              Civil Case No. 1:06cv00556-GK

**JOHN SNOW,**
Secretary of the Treasury,

**MARK W. EVERSON,**
Commissioner of Internal Revenue,

**DAVE ROSS,**
"Agent of Commissioner Everson,"

**DAVID A. DABERKO**
"Bonded Fiduciary, National City Bank, as seizure agent,"

        **Defendants.**

## MOTION TO DISMISS DAVID A. DABERKO

David A. Daberko respectfully moves for an order dismissing the above-captioned case against him for 1) want of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2), 2) improper venue under Federal Rule of Civil Procedure 12(b)(3), and/or 3) failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6).

DATED:    May 22, 2006                          Respectfully submitted,

                                                              /s/ John M. Majoras
                                                              John M. Majoras (D.C. Bar No. 474267)
                                                               *(Admitted to the United States District Court*
                                                               *for the District of Columbia)*

                                                               Joseph P. Cooney (D.C. Bar No. 494026)
                                                                *(Admission to the United States District*
                                                                *Court for the District of Columbia Pending)*

JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001
Phone: (202) 879-3939
FAX: (202) 626-1700

**ATTORNEYS FOR DEFENDANT
DAVID A. DABERKO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**ELINORE EVANS-HOKE,**

        **Plaintiff,**

v.                                                                                  Civil Case No. 1:06cv00556-GK

**JOHN SNOW,**
**Secretary of the Treasury,**

**MARK W. EVERSON,**
**Commissioner of Internal Revenue,**

**DAVE ROSS,**
**"Agent of Commissioner Everson,"**

**DAVID A. DABERKO**
**"Bonded Fiduciary, National City Bank, as seizure agent,"**

        **Defendants.**

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 20__, upon consideration of the Motion to Dismiss David A. Daberko for want of personal jurisdiction, Fed. R. Civ. P. 12(b)(2), improper venue, Fed. R. Civ. P. 12(b)(3), and for failure to state a claim upon which relief can be granted, Fed. R. Civ. P. 12(b)(6), the Motion is **GRANTED**. Defendant David. A. Daberko is **ORDERED DISMISSED** from the above-captioned case.

    **IT IS SO ORDERED.**

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney for David A. Daberko, hereby certifies that I caused a copy of the foregoing Motion to Dismiss David A. Daberko and Proposed Order to be served via United States mail and Federal Express Priority Overnight on:

Elinore Evans-Hoke
2708 Inverness Road
Shaker Heights, OH  44122-2706

**PLAINTIFF**

A courtesy copy of the foregoing was also served by United States mail on:

Anita Gill, Esq.
Office of Area Counsel
Internal Revenue Service
One Cleveland Center, Suite 1200
1375 East Ninth Street
Cleveland, OH  44114

**ATTORNEY FOR THE INTERNAL REVENUE SERVICE**

Dated:  May 22, 2006

/s/ Joseph P. Cooney
Attorney for David A. Daberko