## EXHIBIT LIST

  Pursuant to Local Rule 5.4(f), personal identifiers are redacted from the attached Exhibits. Redactions are indicated by a black line.

| Exhibit | Description |
| --- | --- |
| A | Custody Agreement |
| B | Letter from D. Ross to B. Rowbotham (Jan. 19, 2006) |
| C | Executive Biography: David A. Daberko |
| D | Sample Form 23C Assessment Certificate |
| E | Internal Revenue Service Summons (January 4, 2006) |
| F | Notice to Exhibit Books and Records (January 12, 2006) |
| G | Internal Revenue Service Summons (February 7, 2006) |
| H | Letter from B. Rowbotham to D. Ross (February 22, 2006) |
| I | Notice of Levy (January 12, 2006) |
| J | Notice of Levy (January 18, 2006) |
| K | Notice of Levy (March 13, 2006) |
| L | Letter from J. Hennig to D. Ross (April 10, 2006) |
| M | Letter from J. Hennig to A. Gill (April 24, 2006) |

**EXHIBIT A**

P7-C536-001

hsample.Cus

## CUSTODY AGREEMENT

1.    <u>Parties and Property</u>.  This Custody Agreement (this "Agreement") is entered into this <u>11th</u> day of <u>November</u>, 1998, by and between <u>Elinore Evans</u>, of <u>Shaker Heights</u>, <u>Ohio</u> ("Customer"), and NATIONAL CITY BANK, of Cleveland, Ohio ("Custodian").  Custodian hereby agrees to administer under the terms of this Agreement all property assigned and delivered to Custodian hereunder, all reinvestments thereof, and all income derived from such property and from such reinvestments.

2.    <u>Custody</u>.  Custodian may have physical custody of the property, may delegate the physical custody of the property to another bank, trust company, or depository, and/or may maintain the property in book entry form through another bank, trust company, or depository, but Custodian shall, in any event, be responsible for the safekeeping of the property.  For convenience, title to any such property may be held in the name of a nominee chosen by Custodian, but Custodian shall be responsible for the acts of any such nominee.

3.    <u>Duties</u>.  Custodian shall: (a) collect all payments due on the property; (b) perform the necessary clerical and bookkeeping services relative to the property; (c) advise Customer of all maturities, redemptions, exchanges, tenders, and shareholder rights and options, and send Customer all proxy materials in connection with the property; (d) send Customer periodic statements (on an annual or more frequent basis) showing all receipts, disbursements, and other transactions and an inventory of the property; and (e) disburse or accumulate the net income and disburse the principal as Customer directs.

4.    <u>Foreign Securities</u>.  Notwithstanding anything above to the contrary, as to any foreign securities held hereunder, Custodian shall have no duty to collect any payments, rights, or benefits due on such securities.  Any such payments received shall be converted into United States dollars as agreed upon from time to time by Customer and Custodian.

5.    <u>Investments</u>.  Custodian shall have no duty to and shall not review or make investment recommendations with respect to any property held hereunder.  Custodian shall sell, exchange, invest, and otherwise deal with the property only as Customer, from time to time, directs.  Available cash shall be invested as agreed upon from time to time by Customer and Custodian.

6.    <u>Proxies</u>.  Custodian shall have no duty to and shall not vote any proxies, general or special.

7.  <u>Compensation</u>.  For its ordinary services, Custodian shall be entitled to receive reasonable compensation in accordance with its standard fee schedule for custody accounts in effect when such services are performed.  For other extraordinary services, Custodian shall be entitled to receive reasonable additional compensation.  All compensation shall be charged to income or, if insufficient, to principal.

8.  <u>Additions and Terminations.</u>  Customer reserves the right to add or withdraw property; provided, no additions may be made without the consent of Custodian.  This Agreement may be amended in a writing signed by both parties and terminated by either party by written notice to the other party.

9.  <u>Communications. Notice</u>.  Custodian may safely rely and act upon any directions believed by Custodian to be genuine, including, but not limited to, directions given in written, verbal, telegraphic, or facsimile form by Customer or by any one or more persons specifically authorized in writing by Customer to give directions to Custodian.  Custodian may rely upon the continuance of any such authorization until notified in writing to the contrary and shall not be liable for any loss resulting from its reliance thereon if it acts in good faith.  Custodian shall not be required to take notice, and shall not be deemed to have notice, of any fact or occurrence, unless Custodian has actual knowledge thereof.

10.  <u>Disability of Customer</u>.  Upon the disability of Customer, this Agreement shall terminate, and after deducting any fees currently due Custodian, Custodian shall distribute the property held hereunder to the conservator or guardian of Customer's estate or, if one is not then appointed, to Customer.  For purposes of this Agreement, Customer's "disability" shall be deemed to occur whenever a conservator or guardian has been appointed to administer Customer's estate or Custodian receives written notice from a physician known to Custodian to regularly care for Customer or, if none, from two (2) physicians who have examined Customer, that Customer is unable to attend to his or her financial affairs.

11.  <u>Death of Customer</u>.  Upon the death of Customer, this Agreement shall terminate and Custodian shall distribute the property held hereunder to the personal representative of Customer's estate, after deducting any fees currently due Custodian.

12.  <u>Liability</u>.  Custodian shall not be liable for the depreciation in value of any property held hereunder if Custodian has complied with valid directions authorized under this Agreement.

2

13.   <u>Governing Law</u>. This Agreement shall be governed by and construed and interpreted in accordance with the laws of the state in which Custodian has its principal place of business.

IN WITNESS WHEREOF, the parties hereto have signed this Agreement, in duplicate, on the date and year first above written.

Elinore I. Evans                           CUSTOMER

NATIONAL CITY BANK

By _____, V.P.
       Authorized Officer
                              CUSTODIAN

3

**EXHIBIT B**



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

SMALL BUSINESS / SELF-EMPLOYED DIVISION

Date: January 19, 2006

National City Bank
Attn: Trust Department
Ms. Bonita Rowbotham, Trust Officer
1900 E. 9th St, 3rd Floor
Cleveland, OH 44114

---

Dear Ms. Rowbotham:

The enclosed Form 668A, Notice of Levy, re: Elinore Hoke, aka Elinore Evans, relates to the Notice of Levy served at your office on January 13, 2006. The levy included herein is not a new levy but clarifies the original levy by listing another name used by the taxpayer. You will note that the Social Security Number for the taxpayer, ▮▮▮▮▮▮ is the same on both documents.

It is the position of the Internal Revenue Service that the levy served January 13, 2006 attached to account ▮▮▮▮▮▮ as identified on the holdings report dated January 12, 2006.

If you have any questions or need more information, please contact me at the address or the telephone number listed below:

Internal Revenue Service
5990 West Creek Road
C:F 3486
Independence, OH 44131

Phone#: 216-520-7203
Fax#: 216-520-7126

Sincerely,

Dave Ross
Revenue Officer
Employee ID#: 31-09231

Form 668-W(ICS)
(Jan. 2003)

Department of the Treasury — Internal Revenue Service
## Notice of Levy on Wages, Salary, and Other Income

DATE: 01/13/2006

REPLY TO:  Internal Revenue Service
        **DAVE ROSS**
        **5990 WEST CREEK RD.**
        **INDEPENDENCE, OH 44131**

TELEPHONE NUMBER
OF IRS OFFICE: (216)520-7203

NAME AND ADDRESS OF TAXPAYER:

**ELINORE E HOKE**
**2708 INVERNESS RD**
**SHAKER HTS, OH 44122-2706**

TO:  **NATIONAL CITY BANK**
    **ATTN: TRUST DEPARTMENT**
    **1900 E. 9TH ST**
    **CLEVELAND, OH 44114**

IDENTIFYING NUMBER(S): 

HOKE

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/2000 | 146078.35 | 26088.42 | 172166.77 |
| 1040 | 12/31/2001 | 117582.03 | 10007.42 | 127589.45 |
| | | | Total Amount Due  ⟹ | 299756.22 |

We figured the interest and late payment penalty to **02-12-2006**

**THIS ISN'T A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.**

The Internal Revenue Code provides that there is a lien for the amount shown above. Although we have given the notice and demand required by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us: (1) this taxpayer's wages and salary that have been earned but not paid, as well as wages and salary earned in the future until this levy is released, and (2) this taxpayer's other income that you have now or for which you are obligated.

We levy this money to the extent it isn't exempt, as shown in the Instructions. Don't offset money this person owes you without contacting us at the telephone number shown above for instructions.

If you don't owe money to this taxpayer, please call us at the telephone number at the top of this form. Instead of calling us you may complete the back of Part 3, attach it as a cover to the rest of this form, and return all parts to IRS in the enclosed envelope.

If you do owe money to this taxpayer, please see the back of this page for instructions on how to act on this notice.

| Signature of Service Representative | Title |
|---|---|
| /S/ DAVE ROSS | **REVENUE OFFICER** |

Part 6 —    IRS File Copy    Catalog No. 35390F    www.irs.gov    Form 668-W(ICS) (1-2003)

**EXHIBIT C**

**NationalCity**

Help   Contact us   Locations   Search [Go]

Personal | Small Business | Corporate | About National City

Access a Online Services

Choose...

Careers
News
Investor relations
Community relations
Diversity
Community reinvestment

About > News > Executive team bios > David A. Daberko bio >



**David A. Daberko**
Chairman &
Chief Executive Officer

David A. Daberko is chairman of the board and chief executive officer of National City Corporation, one of the nation's largest financial holding companies, headquartered in Cleveland, Ohio.

Mr. Daberko joined National City Bank in Cleveland in 1968 as a management trainee. In 1973, he was appointed vice president of the bank investment division and department head of the metropolitan lending division in 1980. In 1982, he was named executive vice president of the corporate banking group of National City Corporation and of National City Bank in Cleveland.

In 1985, Mr. Daberko led the assimilation of the former BancOhio National Bank into National City Bank, Columbus. Upon his return to Cleveland in 1987, he was elected deputy chairman of the Corporation and president of National City Bank in Cleveland. He served as president and chief operating officer of the Corporation from 1993 until 1995, when he was named chief executive officer.

Mr. Daberko earned a bachelor's degree from Denison University in 1967 and a master's degree in Business Administration from the Weatherhead School of Management at Case Western Reserve University in 1970.

**Personal and professional activities**

Board of Directors, OMNOVA Corporation

Board of Directors, Marathon Oil

Immediate Past Chairman, Cleveland Tomorrow

Executive Committee and Board of Trustees, Hawken School

Executive Committee and Board of Trustees, University Hospitals Health System

Executive Committee and Board of Trustees, Case Western Reserve University

Executive Committee and Board of Trustees, Greater Cleveland Partnership

Former President, Federal Advisory Council to the Federal Reserve System

Member, Financial Services Roundtable

Co-Founder/Co-Chair, Harvest for Hunger Campaign

Board of Directors, American Bankers Association

©2006 National City Corporation®
All Rights Reserved.

Careers   Site map   Terms of use   Privacy notice 6

**EXHIBIT D**

# Assessment Certificate
Summary Record of Assessments

| 1. Service center | | 2. Date |
| --- | --- | --- |
| 3. Prepared by | | 4. Number |

| Class of Tax | Current Assessments | | | | Deficiency and Additional Assessments *(Resulting From Regular Audit Examinations)* | | | | Total Assessments |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Tax | Penalty | Interest | No. of Items | Tax | Penalty | Interest | No. of Items | |
| Withheld individual income and FICA | | | | | | | | | |
| Individual income-other | | | | | | | | | |
| Corporation income and excess profits | | | | | | | | | |
| Excise | | | | | | | | | |
| Estate and gift | | | | | | | | | |
| Tax on carriers and their employees | | | | | | | | | |
| Federal unemployment tax act | | | | | | | | | |
| **Total Assessments** | | | | | | | | | |

**5. Jeopardy Assessments Against Principal Taxpayers**
*(Included in the assessments above)*

| | |
| --- | --- |
| Number of principal taxpayers | |
| Total assessed against principal taxpayers | |

**6. Prepared From Accounting Input Reconciliation Sheets**

| Date and Number | Through | Date and Number |
| --- | --- | --- |
| | | |

## Certification

I certify that the taxes, penalties, and interest of the above classifications, hereby assessed, are specified in supporting records, subject to such correction as subsequent inquiries and determinations in respect thereto may indicate to be proper.

| 7. Date | 8. Signature *(For service center/district director of Internal Revenue)* | |
| --- | --- | --- |
| | | Assessment Officer |

Form **23C** (Rev. 10-87)  *Dispose of all prior issues*     Cat. No. 16237T     Department of the Treasury – Internal Revenue Service

**EXHIBIT E**



# Summons

In the matter of  Elinore E Hoke, 2708 Inverness Rd, Shaker Hts, OH 44122-2706

Internal Revenue Service (Division): Small Business/Self Employed

Industry/Area (name or number): Small Business/Self Employed - Area

Periods  December 31, 2000; December 31, 2001

## The Commissioner of Internal Revenue

To   National City Bank

At   1900 E. 9th St., Cleveland, OH 44114

You are hereby summoned and required to appear before Dave Ross, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

1. Documents establishing any trust in which Elinore E. Hoke is beneficiary.
2. All bank records pertaining to trust accounts from (1) above.
3. All documents relating to assets of trust(s) from (1) above.
4. Record of all disbursements from trusts in (1) above for the period January 1, 2002-December 31, 2005.

NOTE:  Under IRC 7609 (c)(2) (D), this summons is exempt from the notice requirements pertaining to third party summonses.

## Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____
Signature of IRS Official Serving the Summons

Revenue Officer, 31-09231
Title

**Business address and telephone number of IRS officer before whom you are to appear:**

5990 West Creek Road, C:F 3486, Independence, OH 44131  216-520-7203

**Place and time for appearance at:**  5990 West Creek Road, C:F 3486, Independence, OH 44131

on the  27th  day of  January , 2006  at  11:00  o'clock A m.

Issued under authority of the Internal Revenue Code this 4th day of JANUARY , 2006

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

_____
Signature of Issuing Officer

Revenue Officer
Title

_____
Signature of Approving Officer (if applicable)

Acting Group Manager
Title

**Part A – to be given to person summoned**

**EXHIBIT F**

| Form **2270**<br>(Rev. October 1992) | Department of the Treasury - Internal Revenue Service<br>## Notice to Exhibit Books and Records |
| --- | --- |

**To** *(Name and address of person holding books or records)*
National City Bank
Attn: Trust Department
1900 E. 9th St.
Cleveland, OH 44199

| **Taxpayer** *(Name and address)*<br>Elinore E Hoke<br>2708 Inverness Rd<br>Shaker Hts, OH 44122-2706 | Taxpayer Identification Number<br> |
| --- | --- |

Please have ready for our examination any books or records in your possession or control containing information on property or rights to property belonging to the taxpayer identified above. We must inspect these records, because a levy is about to be made (or was made) on property or rights to property belonging to this taxpayer.

This authority is provided by section 6333 of the Internal Revenue Code and corresponding regulation, quoted below.

| Revenue Officer *(Signature)*<br>Dave Ross | Office address and telephone number<br>5990 West Creek Road<br>Independence, OH 44131<br>216-520-7203 | Date<br>January 12, 2006 |
| --- | --- | --- |

## Excerpt From Internal Revenue Code

### Section 6333. Production of Books

If a levy has been made or is about to be made on any property, or right to property, any person having custody or control of any books or records, containing evidence of statements relating to the property or right to property subject to levy, shall, upon demand of the Secretary, exhibit such books or records to the Secretary.

## Regulation Issued Under Section 6333

### Section 301.6333-1. Production of Books

If a levy has been made or is about to be made on any property or rights to property, any person, having custody or control of any books or records containing evidence or statements relating to the property or rights to property subject to levy, shall, upon demand of the internal revenue officer who has made or is about to make the levy, exhibit such books or records to such officer.

## Right to Financial Privacy Act of 1978
### (Public Law 95-630)

The Right to Financial Privacy Act of 1978 contains provisions governing the disclosure of information contained in the financial records of customers to certain government authorities. Under Section 1113(c) of the Act, nothing prohibits the disclosure of financial records in accordance with procedures authorized by the Internal Revenue Code.

**EXHIBIT G**



# Summons

In the matter of  Elinore E Hoke, aka Elinore Evans, 2708 Inverness Rd, Shaker Hts, OH 44122-2706

Internal Revenue Service (Division): **Small Business/Self Employed**

Industry/Area (name or number): **Small Business/Self Employed - Area**

Periods  **December 31, 2000; December 31, 2001**

## The Commissioner of Internal Revenue

To  National City Bank
At  1900 E. 9th St., Cleveland, OH 44114

You are hereby summoned and required to appear before Dave Ross, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

For all custody accounts in the name of Elinore Hoke, aka Elinore Evans or in which she has signature authority or control, ( including, but not limited to: account # 01-47536001) provide the following:

1. all agreements between National City Bank creating such custody account or relationship;

2. complete information as to current holdings, values and description of assets in custody account (s) (provide type of asset and copies of stock certificates or equivalent ownership evidence);

3. all records relating to any asset of such custody accounts which have been pledged including, but not limited to:  documents which created encumbrance, original amount due, current amount due, name of creditor or assignee.

NOTE: Under IRC 7609 (c)(2)(D), this summons is exempt from the notice requirements pertaining to third party summonses.

---

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original
and that it is a true and correct copy of the original.

_____                    Revenue Officer, 31-09231
Signature of IRS Official Serving the Summons                Title

**Business address and telephone number of IRS officer before whom you are to appear:**

5990 West Creek Road, C:F  3486, Independence, OH  44131  216-520-7203

**Place and time for appearance at:**  5990 West Creek Road, C:F  3486, Independence, OH  44131


# IRS
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

on the  24th  day of  February ,  2006  at  10:00  o'clock  A  m.

Issued under authority of the Internal Revenue Code this  7th  day of  February ,  2006

_____
Signature of Issuing Officer

_____
Signature of Approving Officer (if applicable)

_____    Revenue Officer
                                    Title

_____    Group Manager
                                    Title

**Part A -- to be given to person summoned**

**EXHIBIT H**



**PRIVATE
CLIENT
GROUP**

February 22, 2006

Dave Ross, Revenue Officer
Internal Revenue Service
5990 West Creek Road, C:F 3486
Independence, Ohi 44131

Re: Elinore E. Hoke, aka Elinore Evans

Dear Mr. Ross:

In response to your Summons, dated February 7, 2006, we are enclosing the following documents
with respect to Custody account ████████████, which is the only custody account at National City
Bank over which Elinore Hoke, aka Elinore Evans, has signature authority or control:

1. Custody Agreement dated November 11, 1998, between National City Bank and
   Elinore Evans.

2. Investment Inventory of Assets for the Elinore Evans Custody account ████████████
   which provides a description of those assets and their fair market values as of close of
   business on February 21, 2006. National City Bank holds stocks at the Depository
   Trust Company, not in certificate form.

3. Documents relating to the National City Bank Collateral Loan secured by assets held
   in Elinore Evans' Custody Account ████████████. (Security Agreement, Promissory
   Note, Collateral Coverage Agreement). Securities pledged on the collateral loan are
   indicated by the designation of the letter "P" next to the item on the Inventory of
   Assets.   The original amount of the loan was $250,000, the current principal amount
   outstanding is $217,000. National City Bank is the Creditor. Please note that the
   assets held in the custody account that were originally pledged differ from those
   currently pledged due to periodic sales of pledged securities and substitutions for
   such pledged securities.

If you have any questions, please do not hesitate to contact us.

Sincerely,

*Bonnie Rowbotham/kkw*

Bonita Rowbotham
Fiduciary Officer/Vice President

Enclosures

cc:   Ms. Elinore Evans

bcc: *Janet Hennig*

**National City.**

RECEIVED

FEB 24 2006

LAW DEPT.

National City | Private Client Group
1900 East Ninth Street, Cleveland, Ohio 44114

**EXHIBIT I**

| Form 668-A(ICS) (Jan. 2003) | Department of the Treasury – Internal Revenue Service **Notice of Levy** |
|---|---|

DATE: 01/12/2006

REPLY TO: **Internal Revenue Service**
**DAVE ROSS**
**5990 WEST CREEK RD.**
**INDEPENDENCE, OH 44131**

TELEPHONE NUMBER
OF IRS OFFICE: **(216)520-7203**

NAME AND ADDRESS OF TAXPAYER:
**ELINORE E HOKE**
**2708 INVERNESS RD**
**SHAKER HTS, OH 44122-2706**

TO: **NATIONAL CITY BANK**
**ATTN: TRUST DEPARTMENT**
**1900 E. 9TH ST**
**CLEVELAND, OH 44114**

IDENTIFYING NUMBER(S): ▓▓▓▓▓▓▓

**HOKE**

THIS IS NOT A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY WE ARE USING TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/2000 | 146078.35 | 26056.95 | 172135.30 |
| 1040 | 12/31/2001 | 117582.03 | 9982.96 | 127564.99 |

| THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT.═══════════════ ⟹ | Total Amount Due | 299700.29 |
|---|---|---|

We figured the interest and late payment penalty to **02-11-2006**

The Internal Revenue Code provides that there is a lien for the amount that is owed. Although we have given the notice and demand required by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us this person's property and rights to property *(such as money, credits, and bank deposits)* that you have or which you are already obligated to pay this person. However, don't send us more than the "Total Amount Due."

**Money in banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must be held for 21 calendar days from the day you receive this levy before you send us the money. Include any interest the person earns during the 21 days. Turn over any other money, property, credits, etc. that you have or are already obligated to pay the taxpayer, when you would have paid it if this person asked for payment.**

Make a reasonable effort to identify all property and rights to property belonging to this person. At a minimum, search your records using the taxpayer's name, address, and identifying number(s) shown on this form. Don't offset money this person owes you without contacting us at the telephone number shown above for instructions. You may not subtract a processing fee from the amount you send us.

To respond to this levy —
1. Make your check or money order payable to **United States Treasury.**
2. Write the taxpayer's name, identifying number(s), kind of tax and tax period shown on this form, and "LEVY PROCEEDS" on your check or money order *(not on a detachable stub.).*
3. Complete the back of Part 3 of this form and mail it to us with your payment in the enclosed envelope.
4. Keep Part 1 of this form for your records and give the taxpayer Part 2 within 2 days.

If you don't owe any money to the taxpayer, please complete the back of Part 3, and mail that part back to us in the enclosed envelope.

| Signature of Service Representative **DAVE ROSS** | Title **REVENUE OFFICER** |
|---|---|

**EXHIBIT J**

| Form 668-A(ICS) | Department of the Treasury – Internal Revenue Service |
|---|---|
| (Jan. 2003) | **Notice of Levy** |

DATE: **01/18/2006**

REPLY TO: Internal Revenue Service

**DAVE ROSS**
**5990 WEST CREEK RD.**
**INDEPENDENCE, OH 44131**

TELEPHONE NUMBER
OF IRS OFFICE: **(216)520-7203**

NAME AND ADDRESS OF TAXPAYER:

**ELINORE E. HOKE, AKA ELINORE EVANS**
**2708 INVERNESS ROAD**
**SHAKER HEIGHTS, OH 44122-2706**

TO: **NATIONAL CITY BANK**
**ATTN: TRUST DEPARTMENT**
**1900 E. 9TH ST**
**CLEVELAND, OH 44114**

IDENTIFYING NUMBER(S): ▆▆▆▆▆▆▆

**HOKE**

THIS IS NOT A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY WE ARE USING TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/2000 | 146078.35 | 26245.88 | 172324.23 |
| 1040 | 12/31/2001 | 117582.03 | 10129.81 | 127711.84 |

| | | |
|---|---|---|
| THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT ⟹ | Total Amount Due | 300036.07 |

We figured the interest and late payment penalty to **02-17-2006**

The Internal Revenue Code provides that there is a lien for the amount that is owed. Although we have given the notice and demand required by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us this person's property and rights to property (*such as money, credits, and bank deposits*) that you have or which you are already obligated to pay this person. However, don't send us more than the "Total Amount Due."

Money in banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code <u>must be held for 21 calendar days</u> from the day you receive this levy before you send us the money. Include any interest the person earns during the 21 days. Turn over any other money, property, credits, etc. that you have or are already obligated to pay the taxpayer, when you would have paid it if this person asked for payment.

Make a reasonable effort to identify all property and rights to property belonging to this person. At a minimum, search your records using the taxpayer's name, address, and identifying number(s) shown on this form. Don't offset money this person owes you without contacting us at the telephone number shown above for instructions. You may not subtract a processing fee from the amount you send us.

**To respond to this levy —**
1. Make your check or money order payable to **United States Treasury.**
2. Write the taxpayer's name, identifying number(s), kind of tax and tax period shown on this form. and "LEVY PROCEEDS" on your check or money order (*not on a detachable stub.*).
3. Complete the back of Part 3 of this form and mail it to us with your payment in the enclosed envelope.
4. Keep Part 1 of this form for your records and give the taxpayer Part 2 within 2 days.

If you don't owe any money to the taxpayer, please complete the back of Part 3, and mail that part back to us in the enclosed envelope.

| Signature of Service Representative | Title |
|---|---|
| **DAVE ROSS** | **REVENUE OFFICER** |

Part 1 —  For Addressee          Catalog No. 35389E          www.irs.gov          Form 668-A(ICS) (1-2003)

**EXHIBIT K**

| Form 668-A(ICS) | Department of the Treasury — Internal Revenue Service |
|---|---|
| (Jan. 2003) | **Notice of Levy** |

DATE: 03/13/2006

REPLY TO: **Internal Revenue Service**
**DAVE ROSS**
**5990 WEST CREEK RD.**
**INDEPENDENCE, OH 44131**

TELEPHONE NUMBER
OF IRS OFFICE: **(216)520-7203**

NAME AND ADDRESS OF TAXPAYER:

**ELINORE E. HOKE, AKA ELINORE EVANS**
**2708 INVERNESS ROAD**
**SHAKER HEIGHTS, OH 44122-2706**

TO: **NATIONAL CITY BANK**
**ATTN: PRIVATE CLIENT GROUP**
**1900 E. 9TH ST**
**CLEVELAND, OH 44114**

IDENTIFYING NUMBER(S): 

HOKE

THIS IS NOT A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY WE ARE USING TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/2000 | 144308.76 | 27935.22 | 172243.98 |
| 1040 | 12/31/2001 | 117582.03 | 11459.16 | 129041.19 |

| | | | Total Amount Due | 301285.17 |
|---|---|---|---|---|
| THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ⇒ | | | | |

We figured the interest and late payment penalty to **04-12-2006**

The Internal Revenue Code provides that there is a lien for the amount that is owed. Although we have given the notice and demand required by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us this person's property and rights to property *(such as money, credits, and bank deposits)* that you have or which you are already obligated to pay this person. However, don't send us more than the "Total Amount Due."

Money in banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code **must be held for 21 calendar days** from the day you receive this levy before you send us the money. Include any interest the person earns during the 21 days. Turn over any other money, property, credits, etc. that you have or are already obligated to pay the taxpayer, when you would have paid it if this person asked for payment.

Make a reasonable effort to identify all property and rights to property belonging to this person. At a minimum, search your records using the taxpayer's name, address, and identifying number(s) shown on this form. Don't offset money this person owes you without contacting us at the telephone number shown above for instructions. You may not subtract a processing fee from the amount you send us.

To respond to this levy —
1. Make your check or money order payable to **United States Treasury**.
2. Write the taxpayer's name, identifying number(s), kind of tax and tax period shown on this form, and "LEVY PROCEEDS" on your check or money order *(not on a detachable stub.)*.
3. Complete the back of Part 3 of this form and mail it to us with your payment in the enclosed envelope.
4. Keep Part 1 of this form for your records and give the taxpayer Part 2 within 2 days.

If you don't owe any money to the taxpayer, please complete the back of Part 3, and mail that part back to us in the enclosed envelope.

| Signature of Service Representative | Title |
|---|---|
| /S/ DAVE ROSS | **REVENUE OFFICER** |

**Part 3 —**    Complete and return to IRS    Catalog No. 35389E    www.irs.gov    Form **668-A(ICS)** (1-2003)

**EXHIBIT L**

# National City.

National City Corporation
1900 East Ninth Street
Cleveland, OH 44114-3484
216-222-2987
Fax: 216-222-3332
Email: janet.hennig@nationalcity.com

Janet L. Hennig
Vice President
Law Division

VIA FACSIMILE (216) 520-7126

April 10, 2006

Mr. Dave Ross
Revenue Officer
Internal Revenue Service
5990 West Creek Road
Independence, OH 44131

Re:   Elinore E. Hoke, aka Elinore Evans
       Identifying No. ███████████

Dear Mr. Ross:

This is to confirm our telephone conversation today in which you stated that with respect to the Notices of Levy dated January 12, 2006, January 18, 2006, and March 13, 2006, National City Bank, as Custodian for Elinore Evans, is not to turn over any stock certificates to the Internal Revenue Service until we receive further paperwork from you. You indicated that you would call me when this paperwork was ready and that you would come to National City Bank in person to collect the certificates.

If my understanding is incorrect, please call me.

Very truly yours,

*Janet L. Hennig*

Janet L. Hennig

cc:   Richard W. Mack
       Bonita Rowbotham
       Kimberly K. Walrod
       Nailah K. Byrd

Hennig\Corresp. 2004-05\hHokeEvans4.ltr.doc

**EXHIBIT M**

# National City.

National City Corporation
1900 East Ninth Street
Cleveland, OH 44114-3484
216-222-2987
Fax: 216-222-3332
Email: janet.hennig@nationalcity.com

**Janet L. Hennig**
Vice President
Law Division

April 24, 2006

Anita Gill, Esq.
Office of Area Counsel
Internal Revenue Service
One Cleveland Center, Suite 1200
1375 East Ninth Street
Cleveland, OH 44114

Re:   Elinore E. Hoke, aka Elinore Evans

Dear Ms. Gill:

This will confirm our telephone conversation on April 18th regarding the Notices of Levy on the custody account of Elinore Evans held by National City. You confirmed that National City should retain the certificates of stock it received to partially satisfy the amount due on the levy. You indicated that the proceeds of the sale of the securities by the Internal Revenue Service will be applied to the amount of tax, interest and penalties due from Mrs. Evans. If the amount received on the sale of the securities is less than the amount due, which you indicated is likely, National City Bank will receive another Notice of Levy for additional securities or funds. The IRS will return to Mrs. Evans the amount by which any sales proceeds exceed the total amount due from Mrs. Evans.

You further indicated that you would check with Dave Ross and either you or he would let me know what document, if any, National City would receive once the Levy has been satisfied in full that would permit National City to remove the "freeze" currently on Mrs. Evans' custody account.

Please acknowledge by signing the enclosed copy of this letter and returning it to me in the envelope provided that my understanding of the direction received from you that National City is to retain the securities until you or Dave Ross notifies me further is correct. National City considers the direction received from you to be an amendment to the Notice of Levy, which directs National City to turn over assets after 21 days of receipt of the Notice.

Very truly yours,

*Janet L. Hennig*

Janet L. Hennig
/mes
Enclosures
cc:   Nailah K. Byrd

Internal Revenue Service

Date: _____     By: _____
                                        Anita Gill

Hennig\Corresp. 2004-05\hHokeEvans5(Gill).ltr.doc

bcc:    Richard W. Mack
        Bonita Rowbotham
        Kimberly K. Walrod