IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ELINORE EVANS-HOKE,**

        Plaintiff,

v.                                                                Civil Case No. 1:06cv00556-GK

**JOHN SNOW,**
Secretary of the Treasury,

**MARK W. EVERSON,**
Commissioner of Internal Revenue,

**DAVE ROSS,**
"Agent of Commissioner Everson,"

**DAVID A. DABERKO**
"Bonded Fiduciary, National City Bank, as seizure agent,"

        Defendants.

## CERTIFICATE REQUIRED BY RULE 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for David A. Daberko, certify that to the best of my knowledge and belief, the following:

1. David A. Daberko is the Chairman and Chief Executive Officer of National City Corporation.

2. National City Corporation is a publicly traded corporation.

3. No publicly held corporation owns 10% or more of National City Corporation stock.

4. National City Bank is a wholly owned subsidiary of National City Corporation.

These representations are made in order that judges of this Court may determine the need for recusal.

WAI-2216249v1

DATED:   May 22, 2006                            Respectfully submitted,


                                                 /s/ John M. Majoras
                                                 John M. Majoras (D.C. Bar No. 474267)
                                                 *(Admitted to the United States District Court
                                                 for the District of Columbia)*

                                                 Joseph P. Cooney (D.C. Bar No. 494026)
                                                 *(Admission to the United States District
                                                 Court for the District of Columbia Pending)*

                                                 JONES DAY
                                                 51 Louisiana Avenue, N.W.
                                                 Washington, D.C.  20001
                                                 Phone: (202) 879-3939
                                                 FAX: (202) 626-1700

                                                 **ATTORNEYS FOR DEFENDANT
                                                 DAVID A. DABERKO**

WAI-2216249v1

### CERTIFICATE OF SERVICE

The undersigned, an attorney for David A. Daberko, hereby certifies that I caused a copy of the foregoing Certificate to be served via United States Mail and Federal Express Priority Overnight on:

Elinore Evans-Hoke
2708 Inverness Road
Shaker Heights, OH  44122-2706

**PLAINTIFF**

A courtesy copy of the foregoing was also served by United States mail on:

Anita Gill, Esq.
Office of Area Counsel
Internal Revenue Service
One Cleveland Center, Suite 1200
1375 East Ninth Street
Cleveland, OH  44114

**ATTORNEY FOR THE INTERNAL REVENUE SERVICE**

Dated:  May 22, 2006

/s/ Joseph P. Cooney
Attorney for David A. Daberko

WAI-2216249v1