**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
_____
ELINORE EVANS-HOKE,            )
                               )
     Plaintiff,                )
                               )
     v.                        )   Civil Action No. 06-556 (GK)
                               )
JOHN SNOW, et al.,             )
                               )
     Defendants.               )
_____)
```

### O R D E R

This matter comes before the Court upon Defendant David A. Daberko's Motion to Dismiss [Dkt. No. 2]. Plaintiff is proceeding pro se in this matter.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a pro se party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

Accordingly, it is hereby

**ORDERED** that Plaintiff respond to Defendant Daberko's Motion to Dismiss [Dkt. No. 2] no later than **June 25, 2006**. If Plaintiff fails to respond, or to request additional time in which to

respond, the Court will treat Defendant's Motion as granted and dismiss Plaintiff's Complaint.

|  |  |
|---|---|
| May 25, 2006 | /s/<br>Gladys Kessler<br>U.S. District Judge |

**Copies to: attorneys on record via ECF and**

**ELINORE EVANS-HOKE**
**2708 Inverness Road**
**Shaker Heights, OH 44122**