IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELINORE EVANS-HOKE, | ) |
| | ) |
| Plaintiff, | ) No. 1:06-cv-556 (GK) |
| | ) |
| v. | ) |
| | ) |
| JOHN SNOW, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Beatriz T. Saiz as attorney for the defendants, John Snow, Mark W. Everson, David Ross, and the United States in the above-captioned proceeding.

DATED: July 3, 2006.

                                              Respectfully submitted,

                                              /s/ Beatriz T. Saiz
                                              BEATRIZ T. SAIZ
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice
                                              P.O. Box 227
                                              Ben Franklin Station
                                              Washington, DC 20044
                                              Phone/Fax: (202) 307-6585/514-6866
                                              Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on July 3, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Elinore Evans-Hoke
>2708 Inverness Road
>Shaker Heights, OH 44122

>          /s/ Beatriz T. Saiz
>         BEATRIZ T. SAIZ