IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELINORE EVANS-HOKE, | ) |
| | ) |
| Plaintiff, | ) No. 1:06-cv-556 (GK) |
| | ) |
| v. | ) |
| | ) |
| JOHN SNOW, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing DEFENDANTS' MOTION TO DISMISS, supporting MEMORANDUM, and proposed ORDER were served upon the following individual(s) on July 3, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

> Elinore Evans-Hoke
> 2708 Inverness Road
> Shaker Heights, OH 44122

> \_\_\_\_/s/ Beatriz T. Saiz\_\_\_\_
> BEATRIZ T. SAIZ