```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
ELINORE EVANS-HOKE,                 )
                                    )
    Plaintiff,                      )
                                    )
    v.                              )   Civil Action No. 06-556 (GK)
                                    )
JOHN SNOW, et al.,                  )
                                    )
    Defendants.                     )
_____)

## AMENDED ORDER

This matter comes before the Court upon the Motion to Dismiss by Defendants John Snow, Mark W. Everson, and Dave Ross [Dkt. No. 9]. Plaintiff is proceeding pro se in this matter.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a pro se party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

Accordingly, it is hereby

**ORDERED** that Plaintiff respond to Defendants John Snow, Mark W. Everson, and Dave Ross Motion to Dismiss [Dkt. No. 9] no later than **August 10, 2006.** If Plaintiff fails to respond, or to request additional time in which

to respond, the Court will treat Defendant's Motion as granted and dismiss Plaintiff's Complaint.

July 7, 2006                                /s/
                                            Gladys Kessler
                                            U.S. District Judge


**Copies to: attorneys on record via ECF and**

**ELINORE EVANS-HOKE**
**2708 Inverness Road**
**Shaker Heights, OH 44122**