PLAINTIFF:
**Elinore Evans-Hoke**
2708 Inverness Rd
Shaker Hts
Ohio

RECEIVED

DEC 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# district court of the United States for the District of Columbia

Article III Constitutional Jurisdiction

**Elinore Evans-Hoke**

        CLAIMANT

Vs

**John Snow**, et al.

        RESPONDENT(S)

No.

**06-CV-556 GK**

**MOTION AND MEMORANDUM FOR PROTECTION ORDER**

(service)

COMES NOW THE CLAIMANT to seek the court's protection against ongoing and further injury and damages:

## VERIFICATION

| VERIFICATION CERTIFICATE |
|---|
| Ohio state      )<br>                          )   DECLARATION<br>Cuyahoga county   )<br>Declarant, Elinore Evans-Hoke, states that Declarant is competent to be a witness and the facts presented in the instrument to which this certificate is affixed are true and correct to the best of Declarant's first hand knowledge and belief under penalty of perjury. |
| *[signature]*                  **December 11. 2006**<br>Declarant Signature                  Date |

FACTS:

The takings of property complained of in Claimant's pleading(s) and process to date, <u>incorporated herein by reference as if fully reproduced herein</u>, are based exclusively on administrative process issued by the IRS purportedly acting in the name and authority of the Commissioner.

The takings are NOT based upon any judicial process, and the IRS' claims have never been subject to judicial review.

The documents styled "Notice of Levy on Wages, Salary, and Other Income" and "Notice of Levy" do not display an OMB Control Number. *See attached true copies.*

There is no evidence or record of any judicial determination that Claimant is a "taxpayer."

There is no evidence or record of a 23C assessment certificate.

PRINCIPLES OF LAW:

Claimant is likely to prevail on Claimant's claims of unlawful taking due to an absence of evidence.

Claimant is likely to prevail as the takings are based exclusively on administrative process unsupported by any judicial action.

Submitted herewith and incorporated herein are true copies of the SCHULTZ cases where the courts clearly established that IRS' administrative process does not have the force and effect of law, and cannot be enforced except through supporting judicial proceedings.

The instruments upon which the takings are based do not display any OMB control number as required by the Paperwork Reduction Act to be valid and compel a party to take action. *See true copy of PAPERWORK REDUCTION ACT, Public Law 104-13, submitted herewith.*

It is likely to be determined in this action that if documents and records cannot be taken by administrative process unsupported by judicial process, clearly substantive assets cannot be taken by administrative process unsupported by judicial process.

REMEDY:

Claimant requests the court protect Claimant from any further administrative takings by issuing its ORDER that no further property be taken or held upon the administrative process of the IRS, and absent evidence of a judgment of a court of competent jurisdiction authorizing a taking, the

Respondents shall no longer restrain or take any property from Claimant.

Respectfully presented this 11 day of December 2006.

*[signature: Elinore Evans-Hoke]*

Elinore Evans-Hoke
Claimant