IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ELINORE EVANS-HOKE,**

        **Plaintiff,**

v.                                                                Civil Case No. 1:06cv00556-GK

**JOHN SNOW,**
**Secretary of the Treasury,**

**MARK W. EVERSON,**
**Commissioner of Internal Revenue,**

**DAVE ROSS,**
**"Agent of Commissioner Everson,"**

**DAVID A. DABERKO**
**"Bonded Fiduciary, National City Bank, as seizure agent,"**

        **Defendants.**

## NOTICE OF APPEARANCE

Comes now Joseph Patrick Cooney entering an appearance as an attorney of record for David A. Daberko. Mr. Cooney is admitted to and is a member in good standing of the District of Columbia Bar (Bar No. 74733) and the United States District Court for the District of Columbia Bar (Bar. No. 494026). Mr. Cooney is authorized to receive service at the address below of all pleadings, notices, orders, and other papers related to the proceedings in the above-captioned matter.

DATED:    December 21, 2006                       Respectfully submitted,

                                                              /s/ J.P. Cooney
                                                              John M. Majoras (D.C. Bar No. 474267)
                                                              Joseph P. Cooney (D.C. Bar No. 494026)

                                                               JONES DAY
                                                               51 Louisiana Avenue, N.W.

Washington, D.C. 20001
Phone: (202) 879-3939
FAX: (202) 626-1700

**ATTORNEYS FOR DEFENDANT
DAVID A. DABERKO**

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney for David A. Daberko, hereby certifies that I caused a copy of the foregoing Notice of Appearance to be served via the ECF system and by First Class United States mail to the following party of record not registered with ECF:

Elinore Evans-Hoke
2708 Inverness Road
Shaker Heights, OH  44122-2706

**PLAINTIFF**

Dated:  December 21, 2006

/s/ J.P.Cooney
Attorney for David A. Daberko