# EXHIBIT B

# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001-2113
TELEPHONE: 202-879-3939 • FACSIMILE: 202-626-1700

Direct Number: (202) 879-3741
jpcooney@jonesday.com

December 7, 2006

VIA FEDERAL EXPRESS

Ms. Elinore Evans-Hoke
2708 Inverness Road
Shaker Heights, OH 44122

Re: *Evans-Hoke v. Snow, et al*, Civil Action No. 1:06-cv-00556 (D.D.C - GK)

Dear Ms. Evans-Hoke:

I write to follow up on my November 30, 2006 letter to you regarding the Request for Discovery you recently served on my client, David A. Daberko, and on John Snow, Mark Everson, and Dave Ross (the "Government Defendants"), who are represented by Beatriz T. Saiz. This letter is on my and Ms. Saiz's behalf.

As set forth in my November 30, 2006 letter, it is my and Ms. Saiz's position that discovery is inappropriate because thoroughly dispositive motions to dismiss are pending. Because it appears you feel differently and we have not yet done so, Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3 require us to meet and confer about discovery and other pretrial planning issues and to submit a joint report to the court regarding our respective positions on those issues. Neither Ms. Saiz nor I have heard back from you regarding our proposed meet and confer dates.

Based on the obligations imposed on us by the Federal Rules of Civil Procedure and the Local Civil Rules, Ms. Saiz and I intend to submit a joint report regarding the issues we are required to discuss and report to court on. We would prefer to discuss these issues with you first and to submit a report in which we all join, as the Rules require. That will not be possible if we do not hear back from you about a meet and confer date.

Please contact me or Ms. Saiz, or both of us, to schedule a meet and confer. If we do not hear from you by the close of business on Thursday, December 14, 2006, we will go forward with submitting a joint report about the topics listed in Local Civil Rule 16.3. My telephone number, email address, and fax number are listed on the letterhead of the first page of this letter. Please feel free to contact me via any of those communication modes. Ms. Saiz's facsimile number is 202-514-6866, her telephone number is 202-307-6585, and her email address is Beatriz.T.Saiz@usdoj.gov. Neither Ms. Saiz nor I have any contact information for you other than the above address.

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

Ms. Elinore Evans-Hoke
December 7, 2006
Page 2

      We look forward to hearing from you.

                              Very truly yours,

                              J.P. Cooney

cc:    Ms. Beatriz T. Saiz, Esq. (United States Department of Justice, Tax Division)