IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELINORE EVANS-HOKE, | ) |
| | ) |
| Plaintiff, | ) No. 1:06-cv-556 (GK) |
| | ) |
| v. | ) |
| | ) |
| JOHN SNOW, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Having considered the Plaintiff's Motion for a Protective Order and the Defendants' Memorandum in Opposition, it is by the Court

ORDERED that the plaintiff's motion is DENIED; and it is further

ORDERED that the Clerk shall distribute copies of this order to the persons listed below.

SO ORDERED this ____ day of _____ 2007.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:
BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044

ELINORE EVANS-HOKE
2708 Inverness Road
Shaker Heights, OH 44122

J.P. COONEY
Jones Day
51 Louisiana Avenue, NW
Washington, DC 20001