# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELINORE EVANS-HOKE, | ) |
| | ) |
| Plaintiff, | ) No. 1:06-cv-556 (GK) |
| | ) |
| v. | ) |
| | ) |
| JOHN SNOW, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER and proposed ORDER were served upon the following individual(s) on January 3, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

Elinore Evans-Hoke
2708 Inverness Road
Shaker Heights, OH 44122

J.P. Cooney
Jones Day
51 Louisiana Avenue, NW
Washington, DC 20001

　　　　/s/ Beatriz T. Saiz
　　　　BEATRIZ T. SAIZ