PLAINTIFF:
**Elinore Evans-Hoke**
2708 Inverness Rd
Shaker Hts
Ohio

# District court of the United States
## for the District of Columbia
Article III Constitutional Jurisdiction

| Elinore Evans-Hoke | No. |
|---|---|
| CLAIMANT | **06-CV-556 GK** |
| Vs | |
| **John Snow**, et al. | MOTION TO READ ALL PLEADINGS AND PROCESS AND ADHERE TO OATH |
| RESPONDENT(S) | |
| | MOTION FOR SUMMARY JUDGMENT AS TO RESPONDENT DABERKO |

**RECEIVED**
JAN 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(*service*)

COMES NOW THE CLAIMANT to move the court for summary judgment as to Respondent DAVID A. DABERKO:

### VERIFICATION

| VERIFICATION CERTIFICATE | |
|---|---|
| Ohio state         ) | |
|                    ) | DECLARATION |
| Cuyahoga county    ) | |

Declarant, Elinore Evans-Hoke, states that Declarant is competent to be a witness and the facts presented in the instrument to which this certificate is affixed are true and correct to the best of Declarant's first hand knowledge and belief under penalty of perjury.

_[signature]_                             **January 13. 2007**

Declarant Signature                        Date

**NOTE: Claimant convened the court as a *district court of the United States*, exercising Article III constitutional judicial power of the United States by a sovereign constituent of one of the several union states.**

The court has jurisdiction to determine if a party acted under the authority of the United States, or under color of United States authority, and provide adequate remedies in law and equity as delegated by the United States constitution through the act(s) of congress organizing a district court of the United States for the District of Columbia.

The court is **NOT** convened as an Article IV "necessary powers" territorial court ("United States District Court").

See complaint.

**MOTION TO READ ALL PLEADINGS AND PROCESS AND ADHERE TO OATH:**

**COMES NOW** the Claimant, and moves this Honorable Court, pursuant to the oaths sworn by the presiding judge and attending public officers, and their duties to the National Constitution, in any and all proceedings before this Honorable Court in this matter:

1. To read, consider, comprehend and rule upon all motions and pleadings Claimant files with this Court, with Court rulings based only in and supported by laws, statutes and case law in agreement with, and not in opposition or contradiction to, the National Constitution, specifically, the Bill of Rights;

2. To honor, uphold and abide by the oaths taken by the presiding judge and attending court officers, pursuant to the Constitution of the United States of America, Article VI, and Constitutional requirements thereof;

3. Pursuant to those oaths, to base and support all rulings in law or case law which is **Constitutionally compliant** and which will **not**: (A) deny the powers of and protection of Rights guaranteed in the National Constitution; (B) deny Constitutionally protected Rights to American Citizens, in the instant case, Claimant; (C) violate federal and/or state Constitutionally compliant laws; (D) shield, exonerate or hold Claimant harmless and immune from violating federal or state laws, federal or State Constitutions, violating Claimant' Constitutionally protected Rights and Rights of due process of law, wrongdoing(s), crimes, criminal activity(ies),

fraud, collusion and conspiracy, insurrection, sedition and anarchy.

4. To acknowledge that American Citizens, in the instant case, the Claimant, are Sovereign in this Nation, and that the government, this, and other Courts serve the American Citizens pursuant to: (A) *limited* powers delegated from the Constitution, which delegated powers are *derived from the People;* (B) oaths taken to uphold the Constitution; (C) the Constitution, specifically, the Bill of Rights; (D) powers authorized only by the Constitution or laws in full compliance therewith, specifically, the Bill of Rights, and (E) acknowledge that lack of Constitutional authority precludes any action and voids any ruling by this Court.

**Wherefore**, since the Constitution is the **Supreme Law of this Land,** to which this Court and presiding judge are sworn, Claimant respectfully moves this Honorable Court to grant this Motion, based in and supported by the federal Constitution, for the aforesaid reasons, to honor and uphold her/his Constitutionally protected Rights during all judicial proceedings, to read Claimant's pleadings and rule based only in law and case law compliant with, and not in opposition or contradictory to the National Constitution.

**FURTHER:**

While Respondent Daberko "objects" to discovery, his responses clearly evidence that he had no evidence, or knowledge of evidence, of any lawful claim to Claimant's property by any other party, whether private, government, or otherwise.

See Attachment "A", Daberko's Discovery Responses.

**RESPONDENT DABERKO'S DISCOVERY RESPONSES ESTABLISH THAT DABERKO HAD NO EVIDENCE OF A LAWFUL CLAIM BY ANY OTHER PARTY TO TAKE CLAIMANT'S PROPERTY:**

SEE ATTACHED EXHIBIT "B": PAPERWORK REDUCTION ACT OF 1995:

Respondent Daberko is deemed to know the law.

The Paperwork Reduction Act of 1995 ("the Act") establishes that all instruments intended to have effect against any party outside of government must have a current and valid OMB control number on the form(s).

The Act further provides that any forms not containing such OMB control number are BOOTLEG FORMS and apply no force of law against any person or party.

The ONLY paperwork received by Claimant does not bear an OMB control number.

In response to Claimant's discovery requests, Respondent Daberko asserts that he has received no documents evidencing any tax liability by Claimant.

The court's record evidences that Claimant has testified that Daberko seized and took Claimant's property without due process of law and without just compensation and under color of United States law, acting on behalf of, and in concert or conspiracy with a United States officer, the Commissioner of Internal Revenue, domiciled at the District of Columbia.

AS TO DISCOVERY REQUEST #1: Respondent Daberko fails to provide a copy of any 23C assessment certificate. The law is clearly established by regulation and a plethora of judicial decisions that absent a 23C assessment certificate THERE IS NO TAX OBLIGATION.

AS TO DISCOVERY REQUEST #2: Respondent Daberko fails to provide a copy of any judicial determination that Claimant is a "taxpayer" or that there is any judgment of any tax obligation as to Claimant.

The record evidences that Respondent Daberko's only assertion is that someone acting for the IRS /Commissioner gave him document(s) styled a "levy"

that do not contain any OMB control number.

**THERE IS NO CONTROVERSY:**

Respondent Daberko seized and converted Claimant's property without any lawful authority and under color of United States law.

**CONCLUSION:**

There being no remaining controversy as to Respondent Daberko, the court has a duty to enter partial summary judgment of the fact:

RESPONDENT DABERKO UNLAWFULLY TOOK CLAIMANT'S PROPERTY UNDER COLOR OF UNITED STATES' LAW.

Claimant so moves.

Respectfully presented this 13 day of January 2007.

*[signature]*
**Elinore Evans-Hoke**
Claimant

## SERVICE

Ohio state              )
                        )    **DECLARATION**
United States           )

Declarant states that Declarant is competent to be a witness, is not a party to the action, and under penalty of perjury declares that Declarant placed a copy of the instrument to which this Declaration is affixed in the United States mail, First Class postage pre-paid, addressed to each non-moving party or counsel as required by law:
Done this 16th day of January 2007.

*[signature]*
**Declarant Signature**