# EXHIBIT "A"

## SNOW and ROSS

## DISCOVERY RESPONSE(S)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELINORE EVANS-HOKE, | ) |
| | ) |
| Plaintiff, | ) No. 1:06-cv-556 (GK) |
| | ) |
| v. | ) |
| | ) |
| JOHN SNOW, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT'S RESPONSES TO PLAINTIFF'S REQUEST FOR DISCOVERY FROM RESPONDENT ROSS**

The Defendant Dave Ross, by and through undersigned counsel, submits his responses to plaintiff's requests for production of documents:

DOCUMENTS REQUESTED

1. Produce for inspection or provide a certified copy of the 23C assessment certificate upon which the seizures complained of in Claimant's complaint are based as provided in FRCP 34.

    RESPONSE: The Defendant David Ross objects to this request on the following grounds:

    1. There is no personal jurisdiction over the defendant as the plaintiff has not properly served the defendant in this case as outlined in the government's motion to dismiss;

    2. There is no subject matter jurisdiction over the

    defendant as plaintiff has not alleged any cause of action to which sovereign immunity has been waived; and

3. The defendant is not in possession of any documents sought by plaintiff. As indicated in the government's motion to dismiss, the proper party defendant is the United States. Any documents related to the plaintiff would be in the possession of the United States and not the individual defendants.

2. Produce for inspection or provide a certified copy of the judicial determination that Claimant is a "taxpayer," as provided in FRCP 34.

  RESPONSE: The Defendant David Ross objects to this request on the following grounds:

1. There is no personal jurisdiction over the defendant as the plaintiff has not properly served the defendant in this case as outlined in the government's motion to dismiss;

2. There is no subject matter jurisdiction over the defendant as plaintiff has not alleged any cause of action to which sovereign immunity has been waived; and

3. The defendant is not in possession of any documents sought by plaintiff. As indicated in the government's motion to dismiss, the proper party defendant is the United States. Any documents related to the plaintiff would be in the possession of the United States and not the individual defendants.

Dated: December 22, 2006.

/s/ Beatriz T. Saiz
BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
Phone/Fax: (202) 307-6585/514-6866
Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
JEFFREY TAYLOR
United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELINORE EVANS-HOKE, )
)
Plaintiff, ) No. 1:06-cv-556 (GK)
)
v. )
)
JOHN SNOW, et al., )
)
Defendants. )

## DEFENDANT'S RESPONSES TO PLAINTIFF'S REQUEST FOR DISCOVERY FROM RESPONDENT SNOW

The Defendant John Snow, by and through undersigned counsel, submits his responses to plaintiff's requests for production of documents:

### DOCUMENTS REQUESTED

1. Produce for inspection or provide a certified copy of the 23C assessment certificate upon which the seizures complained of in Claimant's complaint are based as provided in FRCP 34.

   RESPONSE: The Defendant John Snow objects to this request on the following grounds:

   1. There is no personal jurisdiction over the defendant as the plaintiff has not properly served the defendant in this case as outlined in the government's motion to dismiss;

   2. There is no subject matter jurisdiction over the defendant as plaintiff has not alleged any cause of

      action to which sovereign immunity has been waived; and

  3. The defendant is not in possession of any documents sought by plaintiff. As indicated in the government's motion to dismiss, the proper party defendant is the United States. Any documents related to the plaintiff would be in the possession of the United States and not the individual defendants.

2. Produce for inspection or provide a certified copy of the judicial determination that Claimant is a "taxpayer," as provided in FRCP 34.

RESPONSE: The Defendant John Snow objects to this request on the following grounds:

  1. There is no personal jurisdiction over the defendant as the plaintiff has not properly served the defendant in this case as outlined in the government's motion to dismiss;

  2. There is no subject matter jurisdiction over the defendant as plaintiff has not alleged any cause of action to which sovereign immunity has been waived; and

  3. The defendant is not in possession of any documents

sought by plaintiff. As indicated in the government's motion to dismiss, the proper party defendant is the United States. Any documents related to the plaintiff would be in the possession of the United States and not the individual defendants.

Dated: December 22, 2006.

/s/ Beatriz T. Saiz
BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
Phone/Fax: (202) 307-6585/514-6866
Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
JEFFREY TAYLOR
United States Attorney

-3-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELINORE EVANS-HOKE, | ) |
| | ) |
| Plaintiff, | ) No. 1:06-cv-556 (GK) |
| | ) |
| v. | ) |
| | ) |
| JOHN SNOW, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing DEFENDANT'S RESPONSES TO PLAINTIFF'S REQUEST FOR DISCOVERY FROM RESPONDENT ROSS and DEFENDANT'S RESPONSES TO PLAINTIFF'S REQUEST FOR DISCOVERY FROM RESPONDENT SNOW were served upon the following individual(s) on December 22, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

Elinore Evans-Hoke
2708 Inverness Road
Shaker Heights, OH 44122

J.P. Cooney
Jones Day
51 Louisiana Avenue, NW
Washington, DC 20001-2113

/s/ Beatriz T. Saiz
BEATRIZ T. SAIZ