IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELINORE EVANS-HOKE, | ) |
| | ) |
| Plaintiff, | ) No. 1:06-cv-556 (GK) |
| | ) |
| v. | ) |
| | ) |
| JOHN SNOW, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MEMORANDUM IN OPPOSITION
TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendants, John Snow, Mark W. Everson, and Dave Ross, submit this memorandum in opposition to plaintiff's motion for summary judgment seeking an order declaring that defendants took claimant's property under color of United States; law.  The relief sought by plaintiff, as addressed in the defendants' motion to dismiss, is prohibited by the Declaratory Judgment Act.  Under 28 U.S.C. §2201, no suit may be maintained for declaratory relief regarding federal taxes.  See National Taxpayers Union, Inc. v. United States, 862 F. Supp. 531, 533 (D.D.C. 1994) (denying plaintiff's request for declaratory relief).  Thus, the Court lacks jurisdiction to issue such relief and should deny plaintiff's motion for summary judgment.

DATED: February 6, 2007.

                                              Respectfully submitted,

                                              /s/ Beatriz T. Saiz
                                              BEATRIZ T. SAIZ
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice
                                              P.O. Box 227
                                              Ben Franklin Station
                                              Washington, DC 20044
                                              Phone/Fax: (202) 307-6585/514-6866
                                              Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
JEFFREY TAYLOR
United States Attorney