IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELINORE EVANS-HOKE, | ) |
| | ) |
| Plaintiff, | ) No. 1:06-cv-556 (GK) |
| | ) |
| v. | ) |
| | ) |
| JOHN SNOW, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT and proposed Order were served upon the following individual(s) on February 6, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

Elinore Evans-Hoke
2708 Inverness Road
Shaker Heights, OH 44122

J.P. Cooney
Jones Day
51 Louisiana Avenue, NW
Washington, DC 20001

　　　　/s/ Beatriz T. Saiz
　　　　BEATRIZ T. SAIZ