PLAINTIFF:
**Elinore Evans-Hoke**
2708 Inverness Rd
Shaker Hts
Ohio

# district court of the United States
# for the District of Columbia
## Article III Constitutional Jurisdiction

**Elinore Evans-Hoke**

**CLAIMANT**

Vs

**John Snow**, et al.

RESPONDENT(S)

No.

## 06-CV-556 GK

**CLAIMANT'S MOTION TO
PROVIDE PROOF TO THE
RECORD OF ARTICLE III
CONSTITUTIONAL
APPOINTMENT OF THE
PRESIDING JUDICIAL
OFFICER or in the
alrternative,
TRANFER THE ACTION TO A
JUDICIAL OFFICER
APPOINTED WITH
CONSTITUTIONAL ARTICLE
III JUDICIAL POWERS, and
MOTION TO COMPEL
APPEARANCE IN COURT
CONVENED BY PLEADINGS,
or in the alternative;
MOTION FOR DEFAULT**

(service)

RECEIVED

FEB 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

COMES NOW THE CLAIMANT to move the court to:

1)  PLACE EVIDENCE OF THE APPOINTMENT OF THE PRESIDING JUDICIAL OFFICER PURSUANT TO ARTICLE III IN THE COURT'S RECORD or in the alternative, TRANSFER THE ACTION TO A JUDICIAL OFFICER EXERCISING EXPRESSLY DELEGATED ARTICLE III JUDICIAL POWER OF THE United States; and,

2)  Issue its ORDER to compel Respondents to appear in the judicial court convened by Claimant's pleadings, the "district court of the United States" convened pursuant to Article III of the federal constitution, or in the alternative for ENTRY OF DEFAULT:

**VERIFICATION**

| VERIFICATION CERTIFICATE |
|---|
| Ohio state                )<br>                           )   DECLARATION<br>Cuyahoga county            )<br>Declarant, Elinore Evans-Hoke, states that Declarant is competent to be a witness and the facts presented in the instrument <u>to which this certificate is affixed</u> are true and correct to the best of Declarant's first hand knowledge and belief under penalty of perjury. |
| _Elinore Evans-Hoke   2-6-66_ |
| _____   _____<br>Declarant Signature                 Date |

Respondents and the court, have all submitted appearance(s) and /or process captioned for the

UNITED STATES DISTRICT COURT and not for the **district court of the United States** established, convened, and exercising jurisdiction pursuant to the judicial power of the United States as delegated through Article III of the federal constitution.

Absent an appearance in the proper court, Respondents are in default and the court has a ministerial duty, pursuant to the presiding judicial officer's Oath of Office CONTRACT, to a) transfer the action to a judicial officer exercising the Article III judicial power of the United States; or in the alternative, enters the default of the respondents', effective immediately.

**MEMORANDUM:**

The federal courts known as United States District Courts are federal and territorial in that these courts implement administrative law on territory exclusively under the jurisdiction of the United States.

**The true nature of the government of the United States of America is libertarian.** Very few of the Posterity of the People that ordained and established the Constitution are aware that the loose confederation of state governments that

became the United States of America is a true
libertarian government. It is true that the nation
created by the Articles of Confederation lacked the
autonomy to compete with the European empires but
that was of small importance to the people.
Nevertheless the Constitution of the United States
was proposed and intended to perfect the Union and
establish a government that would carry out the
aims expressed in the Preamble to the Constitution.
The purpose of the Constitution was to establish
and limit government to the purposes for which it
was established.

**Article III judicial power imposes self restraint
on judges**. Only judges appointed to Article III
courts may exercise the judicial power of the
United States. Judicial power imposes restraints
on the judges that have it that serves as some
protection from judicial abuse. All justices
appointed to the Supreme Court of the United States
are real Article III judges. Forget about having a
judge of this temperament involved in any federal
case you might ever have. The judges of the other
two types of courts, of course, have no
constitutional judicial power so they tend to be
extremely rigid in the way they administer their
"judicial business." That rigidity is the result

of the tight rein that the Congress maintains over the personnel and business of non-Article III courts to solely achieve congressional purposes.

**United States District Court judges are lifetime administrators.** Congress has provided for the appointment of administrators to lifetime tenures to courts created without Article III power and obtained a means by which it can continue to legislate long after a typical legislative enactment and executive approval would have run its normal course.

**The Constitution grants only very limited authority to Congress.** The Constitution grants to Congress power to create courts by exercising three different powers. At various times in the history of this country Congress has created courts using these various powers under Article I, Article III and Article IV of the Constitution:

1. The Congress shall have power…To constitute Tribunals inferior to the supreme Court;

2. The judicial power of the United States, shall be vested in one supreme court, and such inferior Courts as the Congress may from time to time ordain and establish.

3. The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States;

DISCUSSION

**Lawyers and judges must be aware of the true nature of the courts they practice and preside in.** It clearly appears that the United States district courts established in California (as an example) and in 48 other states by United States Statute are not Article III courts.   There is confusion as to the difference between Article III courts and those courts that are other than Article III courts. Article III district courts are not territorially different from the tribunals inferior to the Supreme Court that Congress may constitute pursuant to Article I.   Federal courts do not extend their judicial districts beyond federal territory. Article III courts are "territorial courts" that may exercise the judicial power of the United States—Article I and IV courts have no such power.

**Congress has established Article III district courts in Hawaii and the District of Columbia.** The 2 district courts of the United States that were ultimately pronounced ordained and established by Congress pursuant to Article III of the

Constitution are the only ones that can exercise the judicial power of the national government. The judicial power of the Hawaii district court securely bound up in that court without a chance of extraction. Administrative federal courts pretending to be courts of law and equity are interfering with California's sovereignty and can prevent prosecution of terrorists in the federal courts in all the states but one—maybe.

**Lifetime tenure during good behavior is criteria for a judge not criteria for an Article III court.** A natural for the law school set, lifetime tenure fuels the universal presumption in the legal academic community that the federal districts courts are Article III courts and the judges that sit on those courts are Article III judges. There appears in law no basis for that presumption. Lifetime tenure as a predictor of judicial independence itself seems an invalid assumption. There is only one viable Article III district court in Washington, D. C., so there is little evidence to support that presumption. Because Congress can make law locally or nationally, it must be presumed that law enacted by Congress is territorial in scope rather than national, *Foley Bros. Inc. v. Filardo* 336 U.S. 281(1949), unless a contrary

intent is shown in the legislation itself. The legislation creating the district court for Hawaii is the only example of a national legislative intent to create an Article III court in any of the 50 states of the Union. An examination of all the Statute Law used to create the district courts in the several states and Hawaii stands alone as the only state to have an Article III district court.

**Combining the district court for Puerto Rico with the other United States District Courts identifies them all as territorial.** The federal district courts are found in Title 28 U.S.C. Judiciary and Judicial Procedure, in the sections numbered from 81 to 131. Title 28 U.S.C. was enacted into positive law in 1948. The district courts were found in Chapter 5 just as they are today. The districts themselves had not changed from 1911 when they were described as the territory that existed on July 1, 1910. The territory was, for example, the "State of California" which then and now consists of the federal territory within California and today is defined in Rev. & Tax. Code Sections 5304 and 6017.

**Puerto Rico is not a state of the Union.** Its inclusion in Chapter 5 and appearance in §119 identifies the "states" in the sections of Chapter

5 as mere labels for the areas of federal territory. The Commonwealth of Puerto Rico includes the federal territory under the jurisdiction of the United States. Included, for example, in the "State of California" is the territory of the United States located in the California Republic. Use of the "State of California" facilitates the use of federal law to create a California personal income tax. State of California denotes those special federal places where the United States has jurisdiction.

**Congress established the only Article III court for a state of the Union in Hawaii.** Hawaii appears in §91 as the only Article III court but that court is qualified as to the way judges are to be appointed to that court. That qualification precludes the exercise of Article III judicial power by any judge appointed to that court. Under the heading for § 91 Hawaii, "Court of the United States; District Judges," will found, Section 9 (a) of Pub. L. 86-3 which provides that:

"The United States District Court for the District of Hawaii established by and existing under title 28 of the United States Code shall thence forth be a court of the United States with judicial power derived from article III, of the Constitution of

the United States: Provided, however, that the terms of office of the district judges for the district of Hawaii then in office shall terminate upon the effective date of this section and the President, pursuant to sections 133 and 134 of title 28, United States Code, as amended by this Act, shall appoint, by and with the advice and consent of the Senate, two district judges for the said district who shall hold office during good behavior."

All of Title 28 U.S.C. provides for the territorial government of the United States and nothing of Article III can be put back into it without destroying the entire Title 28 U.S.C. as positive law.  In other words, there may be a present belief by all of the state and federal judiciary, all the legal academic community and all the local, state and federal government officials that the United States district courts for the 50 states of the Union are Article III courts, but they are wrong.

**Congress prevented the ordination of the Article III it established for Hawaii by denying the court full Article III judges.**  Congress took a territorial court established by and existing under title 28 and created an Article III district court for Hawaii.  It must be noted that the territorial

jurisdiction did not change—only the power of the court.  Congress has not, however, provided that the judges to that court are to be appointed to an Article III court.  The district judges for the district of Hawaii are specifically to be appointed by the President pursuant to sections 133 and 134 of title 28, United States Code, as officers of the United States but not as judges of an Article III court.  These two sections are also to be used in appointing any of 7 judges of the Puerto Rico district should a vacancy occur there.  It can be deduced that appointment pursuant to 133 and 134 of title 28, will always produce territorial judges.

**The Hawaii judicial district established in § 91 of the Judicial Code of 1948 was a territorial court.** Section 9 (a) clearly indicates that prior to the admission to statehood, the United States District Court of Hawaii was not a true United States court established under Article III of the Constitution, to administer the judicial power of the United States, *Balzac v. Porto Rico,* 258 U.S. 298, 312 (1922).  In *Balzac,* Chief Justice William Howard Taft stated that United States District Court for Arecibo, Porto Rico, as Puerto Rico was known then, "created by virtue of the sovereign congressional faculty, granted under Article IV, § 3, of that

instrument, of making all needful rules and
regulations respecting the territory belonging to
the United States." Puerto Rico is the
Commonwealth of Puerto Rico and it has not been
incorporated into the United States though its
inhabitants are United States citizens. The
inclusion of Puerto Rico in Chapter 5 as § 119 does
not make the district court for Puerto Rico an
Article III court because Puerto Rico has not been
incorporated into the Union. Puerto Rico fits
comfortably among the names of the 50 states
because the geographical areas are mini federal
territories or federal enclaves.

**Government people are required to obey the law; it
is their duty to obey the law.** The government's
law requires the total obedience of government's
officers and employees but can impose upon citizens
only certain legal duties. In the words of the
Declaration of Independence, "Governments are
instituted among men" to secure God given rights.
Citizens are not part of government and they are
not its subjects. There is only one duty that
citizens have that indirectly protects the
government. That duty demands that citizens must
investigate and then determine the nature and
extent of the authority of every person or group of

persons, claiming any authority relationship with any government. As an abstract entity, a government maintains integrity through its agents and employees lawfully interacting with the public. A citizen's failure to carry out the investigation and determination of authority has grave consequences both for the citizen, his fellow citizens and the government.

**A Citizen has a duty to question the authority of all who claim to represent government.**

**No other state has an Article III court.** The federal district courts of California (as an example) fall squarely within the mold of the federal courts of the 49 states that have no Article III district courts. Examination of copies of all the Statute Laws described in the annotations to all the Chapter 5 sections of Title 28 that establish district courts in the states and Hawaii has the only Article III district court. None of the other states including California federal courts are Article III courts and that the district judges that sit in those courts are appointed pursuant to Title 28 and not Article III. Upon examination of substantial other related legal literature, there appears no evidence or reference to evidence that either the California federal

courts or district judges were established pursuant to Article III of the Constitution.

**Citizens have a duty to discover the true authority of those claim government power.** The consequences of not investigating and not determining the nature and extent of the authority claimed is that you may have to bear the costs of your failure to do so. **The use of the term, "district courts of the United States" refers to Article III courts.** There are at least two "district courts of the United States," but probably no others. There is no doubt that the district court for Hawaii is an Article III court— that's one. The § 88 court for the District of Columbia is another. The Historical and Revision Notes to that section makes it clear that the District of Columbia district court is a constitutional court established and ordained under Article III. The existence of at least two "district courts of the United States" permits the general usage of language that refers to the "district courts of the United States" as Article III courts.

**State courts that were already established when the Constitution was ratified were duty bound to obey the Constitution and the laws enacted pursuant to it.** Reference to the Judiciary Act of 1789

clarified and substantiated that no Article III district courts had been created in the several states pursuant to that law.    Districts were created for territories that by the date of enactment, September 24, 1789 had not yet ratified the Constitution because, of course, they were not states.        North Carolina did not ratify the Constitution until after enactment of the Judiciary Act of 1789.    District courts created under that act could not have been created under Article III. The federal trial courts during the period of the Judiciary Act of 1789 were manned by two United States Supreme Court justices riding circuit and the district judge for the district.

**The evidence is incontrovertible—Hawaii is the only state in which the Congress has established an Article III United States district court.**    In the very same law, Congress has neutralized the Article III district court by installing district court judges without Article III judicial power.    This creates a crisis of immense concern in our war against terrorism.    Any terrorist indicted by a grand jury of any United States District Courts may effectively challenge the grand jury array because that court is a territorial court and the grand jury is drawn from a vicinage outside the federal

territory that actually and legally constitutes the territorial district of all district courts.

**Grand and petit jurors determine if they are citizens of the United States and whether they have resided in judicial district for a year.** In 1968 Congress enacted the Jury Selection and Service Act that uses the nation's voter registration system as the basis for jury selection in the federal courts. I have examined many of the Plans the district courts have created and that have been approved by the federal courts of appeal. The jury questionnaire in common use merely asks an applicant a half dozen questions beginning with, if he or she is a citizen of the United States and a resident of the judicial district for at least a year. Very few Americans can prove that they are, indeed, citizens of the United States and practically no one understands that the Sixth Amendment requires that vicinage be established prior to trial. For all of the states, district court vicinage is the federal territory within the counties that comprise the district. This is the only vicinage that satisfies the 6th Amendment command that the "district shall have been previously ascertained by law." An individual jurors impression of what constitutes the judicial

district does not satisfy the Constitution.  Today most federal grand jurors live outside the judicial district and any apprehended terrorist can easily challenge them and any true bill of indictment.

**All trial courts must have districts which shall have been previously ascertained by law.**  Venue and vicinage are being confused because an erroneous assumption is being universally made that the United States District Courts are Article III courts.  Of the 50 states only Hawaii can be shown to have an Article III district court.  Vicinage describes where jurors come from.  The areas from where Article III court jurors are to be drawn is the same as a territorial federal court.  Grand and petit jurors for other than an Article III courts are territorial and they must only come from the federal territory within a district comprised of named counties but they are being drawn from outside the federal territory.  Any grand and petit juror that resides outside a federal territory does not reside within the district and can successfully be challenged as unqualified.

**A federal territorial court without Article III power cannot be conferred such power by the litigants.**  One United States district court cannot legitimately serve both local federal and national

interests. The interests of the two courts are almost completely mutually exclusive. Territorial courts without judicial power tenaciously serve the need of Congress to administer government law and not necessarily the needs of the nation's people. There are in the several states only territorial courts and these courts cannot be used to further national interests and certainly they do not have the capacity to examine their own limitations. These courts only have the jurisdiction conferred on them by Congress and they guard that jurisdiction to the exclusion of all other judicial concepts.

**All the United States district courts in 49 of the several states are other than Article III of the United States Constitution courts.** There, simply, is no evidence that the United States district courts are ordained and established pursuant to Article III, Section 1; therefore, they are not vested with the judicial power of the United States. Article III has not been invoked by Congress in creating any of the several state's federal district courts and the 1911 Judiciary Act specifically creates those federal courts from the territory of the United States. When it is

apparent that court officials appear to be IGNORANT of the limitations on their authority.

**Non-judicial, legislative, administrative and territorial courts are incapable of exercising the judicial power of the United States, which can only be found in an Article III court.** Article III of the Constitution has expressly granted to Congress the power to vest courts inferior to the Supreme Court with the judicial power of the United States. The Constitution does not prohibit the creation of federal courts outside of Article III. It follows, therefore, that at the very least Congress must invoke the authority of Article III in creating Article III courts just so one court can be distinguished from another. Congress must start with the language of the Constitution if the final outcome is to be courts ordained and established by Congress under that article.

**Title 28 U.S.C. Chapter 5 which has been enacted into positive law provides for an Article III for Hawaii and no others.** In 1959, Congress established the only state district court under Article III, so the statute and code law for the Hawaii district court will prove interesting when you examine the creation of your own state's federal courts. It is apparent that the district

court in Hawaii is not functioning as an Article III court.

**The evidence that exists to show that the federal district courts are ordained and established pursuant to Article III is anecdotal or circumstantial.** The Constitution provides that Congress shall vest the judicial power of the United States in "such inferior Courts as the Congress may from time to time ordain and establish." That same language was used in the Preamble to the Constitution to "ordain and establish this Constitution for the United States of America." There can be no question that the Congress has established but not ordained an Article III in Hawaii and in no other states.

**Some legal scholars assume without justification that the federal district courts are Article III courts.** No responsible public federal officer has ever questioned their assumptions. The United States Supreme Court in two cases: *Balzac v. Porto Rico,* 258 U.S. 298 (1921) and *Mookini v. United States,* 303 U.S. 201 (1938) made it clear that a "district court of the United States" described a court created under Article III and a "United States district court" described a territorial court. The former identified a constitutional

court of the United States exercising the judicial
power of the United States and the latter merely
identified a court for a district of the government
of the United States.

There is no way to change the language of statutes
decades old.    <u>The United States District Courts</u>
<u>are territorial legislative courts</u>.    This means
that they are administrative courts without
judicial power and without judicial protections.
The judges of these courts are there to serve the
Congress and not any of the people.

**<u>WHEREFORE</u>:**

Claimant hereby moves the court to:

1) Place evidence of the express delegation of
   Article III judicial power of the United
   States to the presiding judge; *or in the*
   *alternative,*

   Transfer the action to a judicial officer who
   can and will place evidence of an express
   delegation of constitutional Article III
   judicial power of the United States into the
   record, and preside over the action in that
   capacity;

   And,

2) Issue an ORDER to compel the Respondets to

expressly appear in the **district court of the United States** as convened; or in the alternative.

Enter the default of the Respondents, effective immediately.

Respectfully presented this 5th day of February 2007.

*Elinore Evans-Hoke*

Elinore Evans-Hoke
Claimant

## SERVICE

Ohio state          )
                    )          **DECLARATION**
United States       )

**Declarant states that Declarant is competent to be a witness, is not a party to the action, and under penalty of perjury declares that Declarant placed a copy of the instrument to which this Declaration is affixed in the United States mail, First Class postage pre-paid, addressed to each non-moving Respondent or counsel as required by law:**

**Done this 5 day of** *February* **2007.**

**Declarant Signature**