# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELINORE EVANS-HOKE, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-556 (GK) |
| JOHN SNOW, *et al.*, | : |
| Defendants. | : |

## ORDER

The above-captioned case has been set for an Initial Scheduling Conference for March 23, 2007 at 10:00 a.m. Defendants have attempted on at least two occasions to contact Plaintiff to arrange the Meet & Confer Conference required under LCvR 16.3. LCvR 16.3(d) requires that the attorneys of record and all unrepresented parties shall submit a written report pursuant to LCvR 16.3(c). Moreover, LCvR 16.3(d) states that "plaintiff shall have the duty to ensure timely filing of the report." In this case, Plaintiff did not carry out that duty. Not only did she not coordinate the filing of the LCvR 16.3(c) report, but she did not respond to the letters of Defendants' counsel pertaining to that subject, and she has filed no LCvR 16.3 report of her own. Consequently, the Court concludes that it would be a waste of time and resources for counsel for Defendants to appear at an Initial Scheduling Conference, given Plaintiff's failure to comply with the Local Rules and to respond to efforts to communicate with her.

**WHEREFORE**, it is this 21st day of March, 2007, hereby

**ORDERED**, that the Initial Scheduling Conference for Friday, March 23, 2007, is **cancelled**; and it is further

**ORDERED,** that Plaintiff's Motion to Read All Pleadings and Adhere to Oath [#19] is **denied as totally frivolous**; and it is further

**ORDERED**, that Plaintiff's Motion to Read All Pleadings and Adhere to Oath [#20] is **denied as totally frivolous**; and it is further

**ORDERED**, that Plaintiff's Motion for Proof of Article III Appointment of Presiding Judge, etc. [#23] is **denied as totally frivolous**.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record and**

**Elinore Evans-Hoke**
**2708 Inverness Road**
**Shaker Heights, OH 44122**