## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**ELINORE EVANS-HOKE,**

     **Plaintiff,**

**v.**                  **Civil Case No. 1:06cv00556-GK**

**JOHN SNOW,**
**Secretary of the Treasury,**

**MARK W. EVERSON,**
**Commissioner of Internal Revenue,**

**DAVE ROSS,**
**"Agent of Commissioner Everson,"**

**DAVID A. DABERKO**
**"Bonded Fiduciary, National City Bank, as seizure agent,"**

     **Defendants.**

## <u>NOTICE OF WITHDRAWAL</u>

   Comes now Joseph Patrick Cooney noticing his withdrawal as an attorney of record for

David A. Daberko.  Mr. Cooney is no longer associated with Jones Day.  Jones Day continues to

represent Mr. Daberko through Carmen G. McLean and John M. Majoras, both of whom are

attorneys of record in this matter.

DATED:   April 12, 2007     Respectfully submitted,

              /s/ J.P. Cooney           
              Joseph P. Cooney (D.C. Bar No. 494026)

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that I caused a copy of the foregoing Notice of

Appearance to be served via the ECF system and by First Class United States mail to the

following party of record not registered with ECF:

      Elinore Evans-Hoke
      2708 Inverness Road
      Shaker Heights, OH  44122-2706

      **PLAINTIFF**

Dated:  April 12, 2007

                        /s/ Carmen G. McLean