UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
ELINORE EVANS-HOKE            )
                              )
        Plaintiff,            )
                              )
    v.                        )   Civil Action No. 06-556 (GK)
                              )
HENRY M. PAULSON, JR.,¹       )
et al.                        )
                              )
        Defendants.           )
_____)
```

**O R D E R**

Plaintiff Elinore Evans-Hoke brings this action pro se against Defendants Henry M. Paulson, Jr., Secretary of the Treasury; Mark W. Everson, Commissioner of Internal Revenue; Dave Ross, an Internal Revenue Service ("IRS") agent; and David A. Daberko, Chairman and Chief Executive Officer of National City Corporation, alleging that Defendants "engaged in tax collection activities resulting in the seizure of property" belonging to Plaintiff. Compl. at 3-4.

This matter is before the Court on Defendant Daberko's Motion to Dismiss for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2) [**Dkt. No. 2**] and the Motion of Defendants Paulson, Everson, and Ross (hereinafter the "Government Defendants") to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1), (b)(2), (b)(3), b(5),

---

¹Henry M. Paulson, Jr. succeeded Defendant John Snow as the Secretary of the Treasury and is therefore automatically substituted as a defendant pursuant to Fed. R. Civ. P. 25(d).

and (b)(6) [**Dkt. No. 9**].  Upon consideration of the Motions, Oppositions, Replies, and the entire record herein, and for the reasons discussed in the accompanying Memorandum Opinion, Government Defendants' Motion to Dismiss is **granted** and Defendant Daberko's Motion to Dismiss is **denied as moot**; it is hereby

**ORDERED** that Defendants Snow, Everson, and Ross' Motion to Dismiss [**Dkt. No. 9**] is **granted**, Defendant Daberko's Motion to Dismiss [**Dkt. No. 2**] is **denied as moot**, and the case is **dismissed** for lack of subject matter jurisdiction.

This is a final appealable Order.  <u>See</u> Fed. R. App. P. 4.

|  |  |
|---|---|
| July 31, 2007 | /s/<br>Gladys Kessler<br>United States District Judge |

**Copies to**: **Attorneys of record via ECF and**

Elinore Evans-Hoke
2708 Inverness Road
Shaker Heights, OH 44122